NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THOMAS M. ROYSTON,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3095

---

Petition for review of the Merit Systems Protection Board in case no. DC315H110613-I-1.

---

**ON MOTION**

---

**ORDER**

The Merit Systems Protection Board moves to suspend the briefing schedule pending voluntary dismissal of the petition for review.

The Board states that the parties have settled this case and that Thomas M. Royston has agreed to voluntarily dismiss this petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The briefing schedule is stayed.

(2) Absent objection received within 21 days of the date of this order, this petition for review will be dismissed.

FOR THE COURT

SEP 0 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas M. Royston
    Nicole DeCrescenzo, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 5 2012

JAN HORBALY
CLERK